UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ERIC JONES, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 1:08-cv-1488-WTL-TAB |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| *Commissioner of the Social* | ) | |
| *Security Adminsitration,* | ) | |
| | ) | |
| *Defendant.* | ) | |

**ADOPTION OF REPORT AND RECOMMENDATION**

      The Magistrate Judge submitted his Report and Recommendation. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections thereto, and being duly advised, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's request for attorney's fees and costs under the Equal Access to Justice Act is granted in part, and Plaintiff is awarded $4,016.13 in fees and $350 in costs.

      Dated: 04/08/2011

                                                                                         Hon. William T. Lawrence, Judge
                                                                                  United States District Court
                                                                                    Southern District of Indiana

Copies to:

Steven R. Jacobs
srjindy@aol.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Eric E. Schnaufer
eric@schnaufer.com